PROB 12B
(1/2023)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender:  Rosie Lee Murphy                                            Case Number:  2:12CR204-RAH-004

Name of Sentencing Judicial Officer:  The Honorable Mark E. Fuller, U.S. District Judge; case reassigned to The Honorable R. Austin Huffaker, Jr., U.S. District Judge

Date of Original Sentence:  March 19, 2014

Original Offense:  Count 1: Conspiracy to Commit Bank Fraud and Wire Fraud; 18 U.S.C. § 1349
                             Count 2: Bank Fraud; 18 U.S.C. § 1344

Original Sentence:  71 months custody followed by a five-year term of supervised release

Type of Supervision:  Supervised Release                  Date Supervision Commenced:  March 27, 2019

---

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:
**All criminal monetary payments shall be paid to the Clerk, United States District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36104.  Any remaining balance shall be paid at the rate of not less than $20.00 per month, beginning May 1, 2023.  Interest on restitution is waived.**

### CAUSE

On March 19, 2014, Rosie Murphy was originally ordered to pay restitution in the amount of $562,488.18, joint and several with her co-defendants.  The restitution amount was amended to $562,059.12, joint and several.  The Court further ordered that any balance remaining at the start of supervision shall be paid at the rate of not less than $100.00 per month.

Murphy's term of supervised release began on March 27, 2019.  According to OPERA, Murphy has made payments totaling $2,734.65 towards her restitution.  Her current restitution balance is $505,198.45.  Pursuant to 18 U.S.C. § 3572(i), a fine or payment of restitution is in default if a payment is delinquent for more than 90 days.  Murphy has failed to abide by the payment schedule established by the Court.  She made one payment in 2019, two payments in 2020, ten payments in 2021, three payments in 2022, and two payments in 2023.

The probation officer met with Murphy and completed a financial review.  Murphy receives a monthly Social Security Disability benefit in the amount of $914.00.  As part of the financial investigation, Murphy provided documentation about her household's monthly cash inflow and outflow to include any assets or liabilities.  This officer requested a credit report for Murphy and conducted a search for any outstanding liens or judgments against her.

The Honorable Mark E. Fuller, U.S. District Judge; case reassigned to The Honorable R. Austin Huffaker, Jr., U.S. District Judge
May 5, 2023
Page 2

RE: Murphy, Rosie Lee
    Dkt. # 2:12CR204-MEF-004
    <u>PROB 12B</u>

A review of Murphy's credit report revealed that she opened three lines of credit without permission from the Court or the supervising officer. Murphy was questioned as to why she opened the lines of credit and she advised that she needed financial assistance. Additionally, Murphy said she was trying to increase her credit score and history. Murphy also admitted to opening a title loan against her vehicle. This officer verbally reprimanded Murphy for opening the lines of credit without permission and explained to her that, by doing so, she violated the terms of her supervised release, and the Court would be notified.

Based on Murphy's current financial status, she is deemed unable to make monthly restitution payments as currently set. This officer counseled Murphy on the importance of complying with all court orders, specifically, regarding making a minimum monthly payment towards restitution. Murphy was instructed to make a good faith effort to pay her court ordered restitution, to which she agreed. The probation officer respectfully recommends to the Court that Murphy's restitution payments be reduced to not less than $20 per month until her financial status improves. Murphy and her attorney agree with the requested modification and have signed a waiver of a hearing (PROB 49). It is recommended that Your Honor order the modification of conditions as noted above.

Respectfully submitted,

by  /s/ Windy Johnson
    Senior United States Probation Officer

Date: May 5, 2023

Reviewed and approved by:   /s/ Marcus T. Simmons
    Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Extension of Supervision as noted above.

☒ The Modification of Conditions as noted above.

☐ Other

/s/ R. Austin Huffaker, Jr.
UNITED STATES DISTRICT JUDGE

5/8/2023
Date